FILED

11/30/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0379

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0379

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

CLAYTON LEE WELLKNOWN,

      Defendant and Appellant.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for an extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including January 7, 2022, within which to prepare, serve, and file its response brief.

KFS

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
November 30 2021